# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ULISES BENITES PAREDES, | Case No. 2:21-cv-02232-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN E. WILLIAMS, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 9), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's unopposed motion for extension of time (first request) (ECF No. 9) is GRANTED. Petitioner will have up to and including October 3, 2022, to file a First Amended Petition.

Dated: June 30, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT