# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ULISES BENITES PAREDES, | Case No. 2:21-cv-02232-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN E. WILLIAMS, et al., | |
| Respondents. | |

Petitioner Ulises Benites Paredes transmitted a <u>pro se</u> petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on December 7, 2021. (ECF No. 5.) This Court appointed counsel for Paredes and gave Paredes 120 days to file his counseled amended petition. (ECF Nos. 4, 8.) Paredes now moves to voluntarily dismiss his petition for writ of habeas corpus. (ECF No. 13.) Respondents have filed a notice of non-opposition to the motion. (ECF No. 14.)

**IT IS THEREFORE ORDERED** that Petitioner Ulises Benites Paredes's motion to voluntarily dismiss his petition for writ of habeas corpus (ECF No. 13) is GRANTED. The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 5) is DISMISSED WITHOUT PREJUDICE. Because reasonable jurists would not find the court's determination to be debatable or wrong, the court will not issue a certificate of appealability.

**IT IS FURTHER ORDERED** that the clerk of the court is directed to enter judgment accordingly and close this action.

Dated: November 3, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT